MATSON TERMINALS, INC., Appellant-Appellee,
*v.* ROBERT S. HASEGAWA, Director of the
Department of Labor and Industrial Relations,
State of Hawaii, Appellee, and
CLIFFORD NOBRIGA, THOMAS K. KOMORI,
HAROLD IAEA, RICHARD Y. HASEGAWA,
GEORGE OKOJI and RONALD K. SAITO,
Appellees-Appellants

No. 5320

August 16, 1973

RICHARDSON, C.J., MARUMOTO, ABE,
LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

Levinson, J., having dissented from the opinion of the court, does not concur.

*Richard F. Liebman* (*Torkildson, Katz & Conahan* of counsel) for the petition.